UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>BAY FARMS PRODUCE INC., et al.,<br><br>    Defendants. | Case No. 18-cv-02429-SK<br><br>**ORDER TO SHOW CAUSE**<br><br>Regarding Docket No. 6 |

Plaintiff filed this action on April 24, 2018. Pursuant to the scheduling order entered on April 26, 2018, the last day for Plaintiff to file a Notice of Need for Mediation was September 18, 2018. (Dkt. 5.) On August 22, 2018, the Court granted a stipulation to extend the deadline to conduct a joint site inspection of the premises to October 18, 2018. According to the scheduling order, the deadline for Plaintiff to file a Notice of Need for Mediation was thus extended to November 29, 2018. To date, Plaintiff has not yet done so. Accordingly, Plaintiff is HEREBY ORDERED to Show Cause in writing by no later than January 25, 2019 why this case should not be dismissed for failure to prosecute. Plaintiff is admonished that if he does not file a response by this deadline, the Court will dismiss the action without prejudice.

**IT IS SO ORDERED**.

Dated: January 10, 2019

_____
SALLIE KIM
United States Magistrate Judge