1
2
3
4

# UNITED STATES DISTRICT COURT

5

## NORTHERN DISTRICT OF CALIFORNIA

6

7   SCOTT JOHNSON,

Case No. 18-cv-02429-SK

8           Plaintiff,

9       v.

**CONDITIONAL DISMISSAL**

10   BAY FARMS PRODUCE INC., et al.,

Regarding Docket No. 24

11           Defendants.

12          The parties advised the Court that the parties have settled this matter and expect to file a

13   joint stipulation of dismissal with prejudice within sixty days.  Therefore, the Court HEREBY

14   ORDERS that this case be dismissed without prejudice; provided, however, that if any party

15   hereto shall certify to this Court, within **ninety** days, with proof of service of a copy thereon on

16   opposing counsel, that the said settlement has not been completed, the foregoing Order shall stand

17   vacated and this case shall forthwith be restored to the calendar to be set for trial.

18          If no party notifies the Court of the need to place the matter back on calendar within ninety

19   days, the matter shall be deemed dismissed with prejudice.

20          **IT IS SO ORDERED**.

21   Dated: April 18, 2019

22   _____

23   SALLIE KIM
     United States Magistrate Judge

24
25
26
27
28